IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBIN M. CRUM, EDWARD W. CRUM,
CHELSEA L. CRUM, a minor by
her father and next friend,
EDWARD W. CRUM and
ALEXANDER E. CRUM, a minor by
his father and next friend,
EDWARD W. CRUM

    Plaintiffs,

v.                                                      Civil Action No. 5:06cv124
                                                                                      (STAMP)
PROGRESSIVE PREFERRED INSURANCE
COMPANY, an insurance company,

    Defendant.

## ORDER SCHEDULING STATUS CONFERENCE

On June 12, 2007, the parties filed a joint status report indicating that if ongoing negotiations were unsuccessful in resolving the coverage disputes in this case, the parties anticipated "shortly filing" cross-motions for summary judgment. Additionally, the parties stated that some limited discovery may become necessary in this case and, if so, the parties would seek a scheduling order from this Court. Because two months have passed since the parties filed their joint status report and the Court has not received motions for summary judgment or motions seeking a scheduling order, this Court finds that it would be beneficial to conduct a status conference in this case. Accordingly, it is ORDERED that the parties appear by counsel for a status conference on **August 17, 2007 at 9:30 a.m.** at the Wheeling point of holding court.

The Court will permit those out-of-town attorneys having their offices further than forty miles from the point of holding court to participate in the conference by telephone. However, any such attorney shall advise the Court prior to the conference of his or her intention to participate by telephone and shall (1) inform all counsel of his or her appearance by telephone; (2) confer with other out-of-town attorneys to determine if they wish to appear by telephone; (3) advise the Court of the name of the attorney who will initiate the conference call and all such attorneys appearing by telephone; and (4) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference. If the attorneys cannot reach agreement as to the initiator of the call, the Court will make that determination.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     August 13, 2007

 /s/ Frederick P. Stamp, Jr.  
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE